Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1072


BALLY GAMING, INC. (doing business as Bally Technologies),

Plaintiff-Appellant,

v.

IGT,

Defendant/Third Party Plaintiff-Appellee.

v.

SIERRA DESIGN GROUP,

Third Party Defendant.


Amy H. Candido, Quinn Emanuel Urquhart Oliver & Hedges, LLP, of San Francisco, California, argued for plaintiff-appellant. With her on the brief were Charles K. Verhoeven, Eric E. Wall, and Todd Kennedy.

Jeffrey W. Sarles, Mayer Brown LLP, of Chicago, Illinois, argued for defendant/third party plaintiff-appellee. With him on the brief were Nathaniel Hamstra and Andrea C. Hutchison.

Appealed from: United States District Court for the District of Nevada

Senior Judge Edward C. Reed, Jr.

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1072

BALLY GAMING, INC. (doing business as Bally Technologies),

Plaintiff-Appellant,

v.

IGT,

Defendant/Third Party Plaintiff-Appellee,

v.

SIERRA DESIGN GROUP,

Third Party Defendant.

# Judgment

ON APPEAL from the    United States District Court for the District of Nevada

in CASE NO(S).    3:06-CV-0483

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, BRYSON and LINN, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED    October 22, 2009        /s/ Jan Horbaly
Jan Horbaly, Clerk